# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ALEXANDER DOMINGUEZ,<br>Plaintiff,<br>v.<br>ROGAN, *et al.*,<br>Defendants. | Case No. 1:26-cv-08670-BAM (PC)<br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM THE MARCH 1, 2016 STANDING ORDER AND FOR LEAVE TO FILE INITIAL DOCUMENTS BY MAIL AS MOOT<br>(ECF No. 3) |

Plaintiff Nathan Alexander Dominguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 21, 2026, Plaintiff filed a motion seeking relief from this Court's March 1, 2016 Standing Order requirement to electronically file his initial case documents. (ECF No. 3.) Plaintiff asks the Court to accept by mail his civil rights complaint and his application to proceed *in forma pauperis*, requesting an order directing the Clerk of the Court to file his complaint and application. (*Id.*)

The Standing Order only applies to cases brought by incarcerated plaintiffs housed at one of the participating facilities at the time of initial filing. Plaintiff is currently housed at California State Prison – Lancaster, which is not located within the Eastern District of California. Plaintiff's initial documents, including his complaint, have been accepted and filed, prisoner new case

documents have been issued, and his application to proceed *in forma pauperis* has been granted. (*See generally* Docket.) Accordingly, Plaintiff's request for relief from the electronic filing requirement is DENIED as moot.

Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915A(b). Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **November 10, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE